UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBRA VOLLE,

        Plaintiff,

v.

KATHY NGUYEN,

        Defendant.

Case No. 20-cv-04825-SVK

**ORDER TO SHOW CAUSE**

Plaintiff Debra Volle filed a Complaint against Defendant Kathy Nguyen on July 18, 2020. Dkt. 1. Plaintiff served Defendant on August 1, 2020. Dkt. 9. Under General Order No. 56, within 42 days from the joint site inspection or settlement meeting, the Parties were to file either the form Notice of Settlement of ADA Access Case or the form Notice of Need for Mediation and Certification of Counsel. As of the date of this order, the Parties have not filed either form.

Accordingly, the Court ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall file either a dismissal or a response to this order **by January 19, 2020** and both Parties shall appear at the Order to Show Cause hearing set for **January 26, 2020 at 1:30 p.m.**

**SO ORDERED.**

Dated: January 6, 2021

                                                        SUSAN VAN KEULEN
United States Magistrate Judge